**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION,**

**YAHAYA ELWELY,**

**Petitioner,**

**v.** **CASE NO. 2:26-CV-00793**

**JEFFREY CRAWFORD, ET AL,**

**Respondents.**

**JUDGMENT IN A CIVIL CASE**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came for decision by the Court. The issues have been considered and a decision has been rendered.

IT IS **ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **GRANTED IN PART** and **DENIED IN PART**. It is **FURTHER ORDERED** that within fourteen (14) days of the date of this Order Petitioner be provided with a constitutionally compliant, standard bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

**DATED: September 18, 2026**

**LAURA G. GRIFFIN**
**Clerk of Court**
**/s/**
**By:**______________________________
**J.L. Meyers**
**Deputy Clerk**